STATE OF NEW JERSEY v. ALTON PRIDGEN.

February 28, 1984.

Petition for certification denied.

JOAN I. MINTON v. CAMDEN FIRE INSURANCE
ASSOCIATION.

February 28, 1984.

Petition for certification denied.

BUNG'S BAR & GRILLE, INC. v. THE TOWNSHIP COUNCIL OF
THE TOWNSHIP OF FLORENCE.

February 28, 1984.

Petition for certification denied.

HARTFORD ACCIDENT & INDEMNITY COMPANY v. AETNA
LIFE & CASUALTY INSURANCE COMPANY.

February 28, 1984.

Petition for certification granted.